# UNITED STATES DISTRICT COURT
### for the
Northern District of Oklahoma

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 25-mj-345-CDL |
| STEPHEN DALE HOMER | ) |
| *Defendant* | ) |

## ARREST WARRANT

SEALED

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   STEPHEN DALE HOMER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2251(a) and 2251(e) – Sexual Exploitation of a Child (Production of Child Pornography)
18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of and Access with Intent to View Child Pornography

Date:  April 24, 2025
        @ 9:39 a.m

_____
*Issuing officer's signature*

City and state:   Tulsa, Oklahoma

   Christine D. Little, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| At *(city and state)* _____ |
| Date: _____ |
| |
| _____ *Arresting officer's signature* |
| |
| _____ *Printed name and title* |

**Robert/ard**